```
CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
YULY KROYTOR
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:03-CR-00379 JAM |
|---|---|
| Plaintiff, | PETITION FOR ORDER RELEASING COPY OF PRESENTENCE INVESTIGATION REPORT TO COUNSEL FOR DEFENDANT; DECLARATION OF CLYDE M. BLACKMON IN SUPPORT |
| vs. | |
| YULY KROYTOR, | |
| Defendant. | |

Clyde M. Blackmon, counsel for Yuly Kroytor, requests the Court to issue an order directing the Clerk of the Court to provide him with a copy of the Presentence Investigation Report previously prepared in this matter.  This request is made pursuant to Local Rule 460(b) and is based on the attached declaration of Clyde M. Blackmon.  It is made on the ground that the Presentence Investigation Report is relevant to an investigation being conducted by counsel to determine if there is a basis for setting aside Mr. Kroytor's 2003 health care fraud conviction by way of a petition for a writ of corum nobis.

/////

/////

- 1 -

PETITION FOR [PROPOSED] ORDER RELEASING COPY OF PRESENTENCE INVESTIGATION
REPORT TO COUNSEL FOR DEFENDANT; DECLARATION OF CLYDE M. BLACKMON IN SUPPORT

1         A proposed order is attached.

2                                         ROTHSCHILD WISHEK & SANDS LLP

3    DATED:     February 3, 2015     By: _//s// Clyde M. Blackmon___
                                         CLYDE M. BLACKMON
4                                        Attorneys for Defendant
                                         Christopher Sean Geanakos

**DECLARATION OF CLYDE M. BLACKMON IN SUPPORT OF PETITION PURSUANT TO LOCAL RULE 460(b) FOR RELEASE OF A COPY OF PRESENTENCE INVESTIGATION REPORT**

I, Clyde M. Blackmon, declare:

1. I am an attorney licensed to practice in California and admitted to the bar of this court.  I have been retained to represent Yuly Kroytor in connection with a possible action to set aside his conviction for violating 18 U.S.C. § 1347 (health care fraud) which he suffered in September of 2003.

2. On August 26, 2003, an Information was filed against Mr. Kroytor charging him with health care fraud. At that time he was represented by attorney William T. Graysen; Assistant U. S. Attorney Daniel S. Linhardt represented the government.  On September 24, 2003, before the Honorable Frank C. Damrell, Jr., Mr. Kroytor waived indictment and pleaded guilty to the charge of health care fraud; the matter was referred for the preparation of a Presentence Investigation Report ("PSR").

3. The sentencing of Mr. Kroytor was continued from time to time and on February 20, 2004, attorney Daniel V. Behesnilian was substituted into the case to represent him.  On February 15, 2005, Mr. Kroytor was sentenced by Judge Damrell to 12 months' probation on condition he serve five months of the sentence in community confinement.  Mr. Kroytor successfully completed his probation.

- 2 -

PETITION FOR [PROPOSED] ORDER RELEASING COPY OF PRESENTENCE INVESTIGATION REPORT TO COUNSEL FOR DEFENDANT; DECLARATION OF CLYDE M. BLACKMON IN SUPPORT

1  4. When Judge Damrell retired in May of 2012 the case was
2 reassigned to the Honorable John A. Mendez.  The matter came
3 before Judge Mendez on May 29, 2012, in connection with a motion
4 filed by Mr. Behesnilian to amend the Judgment.  At that time
5 the government was represented by Assistant U. S. Attorney
6 Matthew G. Morris.  On July 18, 2012, Judge Mendez signed an
7 order amending the Judgment nunc pro tunc.
8  5. Mr. Kroytor is a Canadian citizen.  In 1995 he was
9 granted permanent resident status in the United States.  Due to
10 his conviction in this case, Mr. Kroytor is now before the
11 immigration court in an action that could result in his
12 deportation and exclusion from the United States.
13  6. In order to assist Mr. Kroytor in the immigration
14 proceedings I am investigating the matter to determine if Mr.
15 Kroytor has grounds to set aside the 2003 mail fraud conviction
16 by way of a petition for a writ of corum nobis.  I believe there
17 is information in the PSR which may be relevant to my
18 investigation of Mr. Kroytor's conviction and possible grounds
19 for setting it aside.  Therefore, pursuant to Local Rule 460(b),
20 I am requesting the Court to issue an order directing the Clerk
21 of the Court to provide me with a copy of the PSR.
22  Executed at Sacramento, California this 5th day of February,
23 2015.
24  I declare under penalty of perjury that the foregoing is
25 true and correct.

26  By: _//s// Clyde M. Blackmon___
  CLYDE M. BLACKMON
27
28

PETITION FOR [PROPOSED] ORDER RELEASING COPY OF PRESENTENCE INVESTIGATION
REPORT TO COUNSEL FOR DEFENDANT; DECLARATION OF CLYDE M. BLACKMON IN SUPPORT

**ORDER**

GOOD CAUSE APPEARING upon the Petition of Clyde M. Blackmon counsel for Yuly Kroytor, it is ordered that the Clerk of the Court shall release to Clyde M. Blackmon a copy of the Presentence Investigation Report previously prepared in this matter.

Dated: February 6, 2015

/s/ John A. Mendez
John A. Mendez
United States District Court Judge

- 4 -

PETITION FOR [PROPOSED] ORDER RELEASING COPY OF PRESENTENCE INVESTIGATION REPORT TO COUNSEL FOR DEFENDANT; DECLARATION OF CLYDE M. BLACKMON IN SUPPORT