UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:03-cr-00379 JAM CKD |
| Respondent, | |
| v. | ORDER |
| YULY KROYTOR, | |
| Movant. | |

Movant, a federal prisoner proceeding through counsel, has filed a petition for writ of error coram nobis.  (ECF No. 37.)  He seeks a writ permitting him to withdraw his guilty plea and vacating his February 18, 2005 conviction of violating 18 U.S.C. § 1347 (health care fraud).  (Id.)

Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent is directed to file an answer within thirty days of the effective date of this order.  Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion.  Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

////
////
/////
/////

1

1    The Clerk of the Court shall serve a copy of this order, together with a copy of movant's
2 motion, on the United States Attorney or his authorized representative.
3    IT IS SO ORDERED.
4 Dated: May 16, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

9  2 / kroy0379.206