CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
YULY KROYTOR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>  vs.<br>YULY KROYTOR,<br><br>    Movant. | Case No.: 2:03-CR-00379 CKD<br><br>STIPULATION EXTENDING TIME FOR MOVANT TO FILE TRAVERSE TO GOVERNMENT'S OPPOSITION TO PETITION; ORDER |

The United States of America, through its counsel Matthew G. Morris, and Yuly Kroytor, through his counsel Clyde M. Blackmon, stipulate that the time in which Mr. Kroytor, may file a traverse to the government's opposition to his Petition for Writ of Error Coram Nobis may be extended 15 days to July 30, 2016.  Due to the press of other cases he is handling and the complexity of the issues involved in this matter, counsel for Mr. Kroytor requires additional time in which to file a traverse to the government's Opposition to Petition.  Therefore, the parties stipulate that the time in which Mr. Kroytor may file a traverse to the government's opposition may be extended to July 30, 2016.

```
                                  ROTHSCHILD WISHEK & SANDS LLP
DATED:    July 12, 2016     By:   //s// Clyde M. Blackmon
                                  CLYDE M. BLACKMON
                                  Attorneys for Movant
                                  Yuly Kroytor


DATED:    July 12, 2016     By:   //s// Clyde M. Blackmon
                                  MATTHEW G. MORRIS
                                  Assistant U.S. Attorney
```

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties, the time in which movant may file a traverse to the government's Opposition to Petition is extended 15 days to July 30, 2016.

Dated: July 18, 2016

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE