IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:03-CR-00379 JAM CKD |
|---|---|
| Respondent, | ORDER PERMITTING FILING OF PRESENTENCE INVESTIGATION REPORT UNDER SEAL |
| vs. | |
| YULY KROYTOR, | |
| Movant. | |

GOOD CAUSE APPEARING it is ordered that the Presentence Investigation Report submitted on November 24, 2003, shall be filed under seal. See L.R. 460(a). Access to the report shall be limited to personnel of the Office of the United States Attorney for the Eastern District of California and their assistants or agents involved in the handling of the petition for a writ of error coram nobis previously filed in this matter by Yuly Kroytor.

IT IS SO ORDERED.

Dated: August 8, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE