IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:03-CR-379-JAM-CKD |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER TO REMOVE EXHIBIT 3 FROM DOCUMENT 57 FROM PUBLIC DOCKET, FILE IT UNDER SEAL, AND SUBMIT REDACTED VERSION OF THE DOCUMENT |
| YULY KROYTOR, | |
| Defendant. | |

Upon application by Defendant Yuly Kroyter, IT IS HEREBY ORDERED that Exhibit 3 to Document 57 be removed from the public docket, filed under seal, and that the attached redacted version be substituted in its place for public filing.

Dated: November 30, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE