**ERIN J. RADEKIN, SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
YULY KROYTOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Respondent,<br><br>            v.<br><br>YULY KROYTOR,<br><br>                    Defendant. | CASE NO. 2:03-CR-00379-JAM-CKD-1<br><br>**ORDER RE: DISCLOSURE OF PRESENTENCE INVESTIGATION REPORT** |

**ORDER**

Good cause appearing, and for the reasons set forth in the Motion for Disclosure of the Presentence Report filed by present retained counsel, Erin J. Radekin, the defendant's motion for disclosure of the presentence investigation reports is GRANTED.  It is hereby ordered that a copy of the presentence report be provided to Ms. Radekin.


DATED:  August 2, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

1