**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988

Attorney for Petitioner
YULY KROYTOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YULY KROYTOR,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | CASE NO. 2:03-CR-00379-JAM-CKD<br><br>**ORDER RE REQUEST TO FILE EXHIBIT L PETITION FOR WRIT OF ERROR CORAM NOBIS** |

**ORDER**

Pursuant to Local Rule 141(b), and based upon the representation contained in defendant's Request to File Under Seal, IT IS SO FOUND AND ORDERED THAT, Exhibit L of the Petition for Writ of Error Coram Nobis—to wit, the petitioner's medical records—shall be sealed under further order of this court.

Dated:  October 14, 2021                     /s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE