UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YULY KROYTOR,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | No.  2:03-cr-00379-JAM-CKD-1<br><br>**ORDER** |

　　　Petitioner has filed a motion for writ of error coram nobis and is represented by counsel. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On January 29, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has filed objections to the findings and recommendations and respondent has filed a response to the objections.  See ECF Nos. 92-93.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 29, 2024, are **ADOPTED** in full.

2. Respondent's motion to dismiss (ECF No. 86) is **GRANTED**.

3. Petitioner's motion for a writ of error coram nobis (ECF No. 78) is **DENIED** as barred by laches.

3. The court **DECLINES** to issue the certificate of appealability referenced in 28 U.S.C. § 2253 because one is not necessary in an appeal from the denial of a coram nobis petition.  See United States v. Kwan, 407 F.3d 1005, 1010 (9th Cir. 2005).

4. The Clerk of Court is hereby **DIRECTED** to close this case.

Dated: May 23, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE